

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00630-CR

**EX PARTE** Juan Esteban **VAZQUEZ-BAUTISTA**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000723L1
Honorable Leticia Martinez, Judge Presiding[1]

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, the trial court's order denying habeas relief is REVERSED, and this cause is REMANDED TO THE TRIAL COURT WITH INSTRUCTIONS to discharge Juan Esteban Vazquez-Bautista from bail and dismiss the information in the underlying proceeding with prejudice.

SIGNED December 6, 2023.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

---

[1]The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.